Central Republic Trust Company, appellee, v. Joe Satin et al., defendants, on appeal of Dora Satin et al., appellants. Gen. No. 37,671.

624

Opin-
ion filed November 20, 1934.
Erwin E. Cowen and Max Satin, for appellants. Castle, Williams,
Long & McCarthy, for appellee.
Mr. Justice Wilson delivered the opinion of the court.